# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-01097 ODW (SSx) | Date | September 10, 2012 |
| Title | *Chavers v. GMAC, et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Not reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   **1. Order Sanctioning Plaintiff for Failure to Appear**
**2. Order to Show Cause re: Dismissal**

On June 27, 2012, the Court issued an Order scheduling a meeting of counsel for no later than August 20, 2012; ordering the parties to submit a jointly signed Federal Rule of Civil Procedure 26(f) report no later than August 17, 2012; and setting a scheduling conference date for September 10, 2012.  (*See* ECF No. 64.)  That Order specifically noted, "The failure to submit a joint report in advance of the Scheduling Conference or the failure to attend the Scheduling Conference may result in the dismissal of the action, striking the answer and entering default, and/or the imposition of sanctions."  (*Id.* at 4.)

On August 27, 2012, Defendants GMAC Mortgage, LLC and Mortgage Electronic Registration Systems, Inc.[1] filed a Unilateral Scheduling Conference Report following Plaintiff's counsel, Jina Nam's failure to communicate with Defendants after initial stipulation discussions on August 16, 2012.  (ECF No. 72.)  Then, on September 10, 2012, Plaintiff failed to appear for the scheduling conference.

/ / /
/ / /
/ / /
/ / /

In accordance with the Court's admonition in its June 27 Order, Plaintiff and her counsel are

---

[1] Former Defendant Executive Trustee Services, LLC purports to join in this Unilateral Scheduling Conference Report; however, the Court dismissed Executive with prejudice in its June 20, 2012 Order granting in part and denying in part Defendants' motion to dismiss Plaintiff's Third Amended Complaint.  (ECF No. 62, at 18.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-01097 ODW (SSx) | Date | September 10, 2012 |
|---|---|---|---|
| Title | *Chavers v. GMAC, et al.* | | |

hereby jointly **SANCTIONED $500.00** for failure to participate in the filing of the joint 26(f) report and for failure to appear at the September 10 scheduling conference. In addition, Plaintiff is hereby **ORDERED** to appear on **Thursday, September 13, 2012, at 1:30 p.m.** to show cause why this action should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

                                                         :    00

Initials of Preparer    SE